UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

C TRANSPORT PANAMAX LTD.,

       Plaintiff,

- against -

FIVE OCEAN CORPORATION, and TRANFOS CORPORATION,

       Defendants.

------------------------------------------------------------X

08 Civ. _____
ECF CASE



## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: April 28, 2008
       New York, NY

By: _____

The Plaintiff,
C TRANSPORT PANAMAX,

Lauren Cozzolino Davies (LD 1980)
Claurisse Campanale-Orozco (CC 3581)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
corozco@tisdale-law.com